(INND Rev. 1/21)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Mellissa Gibson

[You are the PLAINTIFF, print your full name on this line.]

v.

The city of Lafayette Indiana police departmer

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __4:23cv61__

[For a new case in this court, leave blank. The court will assign a case number.]

**FILED**
JUL 21 2023
At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Officer Snyder of the city of Lafayette Indiana police departmen | |
| 2 | [Put the names of any other defendants in these boxes.] Officer Willson of the city of Lafayette Indiana Police department | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is your address? __2346 N 24th st Lafayette IN 47904__

3. What is your telephone number: (__765__) __421-5186__

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Officer Snyder and Officer Willson Particpated in police misconduct towards me on multiple occasions. Officer Snyder, and Officer Willson violated my fourth, and fifth amendment rights. Officer Snyder, and Officer Willson vilated state laws, retaliated against me, wrongfully arrested me, and falsfied police reports against me. Officer Snyder, and Officer Willson unsustly impunded/stole my vehicle. Officer Snyder, and Officer Willson has aboused their power under color of law.

2. On March 7th 2023 at my house located in Lafayette IN officer Snyder was very aggressie Towards me, intimidating, and mentally abusive. Officer Snyder walked through my house including the upstairs, and opend doors. I told him from the very beginning, and multiple times after that I did not give him permission. Officer snyder forcibly did this threatening me that if I did not move, or try to stop him one more time that I would be arrested. I felt this way, because of Officer Snyders' demenour and comments that he was saying. Officer Snyder was very mentally abusive towards me he would say things to diminish my chareacter. I and my husband was then wrongfully arrested. Officer Snyder, officer willson falsifyed police reports against me.

3. On June 7th 2023 Officer Snydr and Officer Willson came to mcallister park from a call about a minor vehicle accident with no injuries. Officer Snyder was intimidating, disrespectful, and tonting towards me.  Officer Snyder taunted me for filing a complaint on him from March 7th 2023. Officer Snyder admitted to violating my right on March 7th. Officer Willson was intimidating towards me thretning to arrest me for taking video. Officer Snyder and Officer Willson unjustifiably imponded/stole my vehicle, because I was unable to help them any

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

further with the accident. There was no bodily damage to any vehicle. No one was injured.

I am a licensed owner of the vehicle with insurance on day of the incident. I spoke with Officer

Snyders and officer willsons shift leader LT Anderson one time, and Chief Galloway

multiple times; concerning the vehicle being impunded on June 7th 2023 they were nwilling to

cooperate or release my vehicle. I informed LT Anderson, and Chief Galloway about the unjuste

and laws being violated. continue on page added

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?
- ☒ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?
I wold like the defendent to pay for punative damagesfor violating my rights $350,000 per time

I wold like the defendent to either pay for the storage fees and impunding fees and release my

vehicle and pay the payments for the months i havent had it. $24,000 for new finanvced vehicle

If vehicle is unavaible I would like that ammount to be changed to $80,000 for the price of my

financiall obligations for both vehicles and the down payment for a new one of same vehicle.

**FILING FEE** – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
_MG_ I will keep a copy of this complaint for my records.
_MG_ I will promptly notify the court of any change of address.
_MG_ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          07/21/2023
Signature                                                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

The Police department did not send any notice to why they were keeping my wehicle, or that they were even going to keep my vehicle.   Officer SNyder and officer willson imponded my vehicle, but did not inform the tow company Jims Garage, who right now is trying sell my vehicle.

4. The Lafayette Police department has failed to keep up with training of officers.   The department has not provided tools or supervision    to help officers conduct their calls ina respectful, and professional manner, making sure that the officers are still using strong ethics when conducting public serves that resulted in misconduct to me. Lafayete Police department has lacked transparancy with me as a victim and ignore me as a victim from an assult that happened in August of 2022. The Police department advocate never reached out, and never returned call back.   I do feel like because my charges I wanted to press was on a high classed citzen, and because of me being me that I got swept under the rug.

5. Due to the misconduct from the day of March 7, 2023 and june 7, 2023 my family, and my self has suffreed emotional distress, traumatized, and ptsd from Officer Snyder and Officer Willsions actions.

The police departments lack of trancparancy and lack of trying to helping a victim from a police report started in August of 2022 has contributed to emotional distress.

Due to the arrest from March 7th of 2023 it has gotton me dismissed from one of my jobs. It will continue to show up on background checks weather im prosecuted or not; which jepordizes my future finances.

Due to the misconduct on June 7, 2023 I will have a financial burden that has altered my life and have lifelong effects.   Oppurtunitys have been taken from me, time, and memories, and finances.

I Mellissa Gibson is requesting a trial by Jury.