UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MELLISSA GIBSON,       ) | |
|     Plaintiff,       ) | |
| )  | |
|     v.       ) | CAUSE NO.: 4:23-CV-61-GSL-JEM |
| )  | |
| LAFAYETTE CITY OF POLICE       ) | |
| DEPARTMENT, *et al*.,       ) | |
|     Defendants.       ) | |

**REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. § 636(b)(3) and Local Rule 72-1**

This matter is before the Court *sua sponte*. On June 18, 2025, during a telephonic hearing at which Plaintiff was present, the Court entered an order [DE 49] setting this matter for a status hearing for August 7, 2025, and ordered the parties to appear telephonically. Plaintiff Gibson failed to appear without explanation. Plaintiff Gibson previously failed to appear for a status hearing on December 12, 2024. In addition, the Court held status conferences on March 13, 2025, and June 18, 2025, in which Plaintiff was reminded or her obligation to participate in the discovery process. Plaintiff has filed no discovery requests and failed to appear for her properly-noticed deposition. Counsel for Defendants represent that she had no contact h with Plaintiff either before or after the missed deposition. On July 11, 2025, Defendants filed a Motion to Dismiss for Lack of Prosecution [DE 50]. Plaintiff has failed to respond to that motion.

Accordingly, in light of Plaintiff's failure to appear, particularly in light of her failure to participate in discovery or attend her deposition, the Court **RECOMMENDS** that the District Court **DISMISS** this matter **without prejudice** for Plaintiff's failure to prosecute the matter.

1

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(B). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

SO ORDERED this 7th day of August, 2025.

s/ John E. Martin\
MAGISTRATE JUDGE JOHN E. MARTIN\
UNITED STATES DISTRICT COURT

cc: All counsel of record\
Plaintiff, *pro se*, Mellissa Gibson, 1317 Underwood Street, Lafayette, IN 47904 via certified and regular mail\
Judge Gretchen S. Lund