UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MELLISSA GIBSON, <br><br> Plaintiff, <br><br> v. <br><br> LAFAYETTE CITY OF POLICE DEPARTMENT, SNYDER, WILLSON, <br><br> Defendants. | Case No. 4:23-CV-061-GSL-JEM |

### ORDER

This matter is before the Court *sua sponte* on Magistrate Judge John E. Martin's Report and Recommendation entered on August 8, 2025. [DE 31]. For the reasons fully explained in the report, Magistrate Judge Martin recommends that the case be dismissed without prejudice for Plaintiff's failure to prosecute the matter.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Martin's Report and Recommendation in full and **ORDERS** that the case be dismissed without prejudice.

SO ORDERED.

ENTERED: August 22, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court