# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MELLISSA GIBSON;

        Plaintiff

v.      **Civil Action No.**     4:23cv61

LAFAYETTE CITY OF POLICE DEPARTMENT;
SNYDER, Officer of the city of Lafayette Indiana police departmen;
WILLSON, Officer of the City of Lafayette Indiana Police department a/k/a Wilson;

        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:    This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Gretchen S. Lund on a Report and Recommendation.

DATE: 8/25/2025                CHANDA J. BERTA, CLERK OF COURT

                                       by    S/ J. Darrah
                                                 *Signature of Clerk or Deputy Clerk*